IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

03 SEP 2 PM 6: 02

| | |
|---|---|
| CITIZENS FOR A STRONG OHIO, et al., ) | |
| ) | |
| Plaintiffs, ) | CASE NO. C2 03-599 |
| ) | |
| ) | Judge Smith |
| ) | Magistrate Judge Kemp |
| -v- ) | |
| ) | |
| OHIO ELEC TIONS COMMISSION, et al., ) | |
| ) | |
| Defendants ) | |
| ) | |
| ) | |

## NOTICE OF FILING OF SIGNED AFFIDAVIT

In their Motion to Intervene, Plaintiffs attached the unsigned affidavit of Jack Noragon, Chairperson of Common Cause/Ohio, and indicated that they would file a signed and notarized affidavit after Mr. Noragon had executed it. Notice is hereby given that Plaintiffs, by and through counsel, filed the signed and notarized affidavit of Jack Noragon on August 25, 2003.

Respectfully submitted,

Donald J. McTigue (0022849)
3886 North High St.
Columbus, Ohio 43214
(614) 263-7000
(614) 263-7078 (Fax)
mctiguelaw@rrohio.com

Edward B. Foley (0070786)
David Goldberger (0010292)

55 West 12th Avenue  
Columbus, Ohio 43210  
(614) 292-4288

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Filing was sent via regular U.S. Mail, postage prepaid, to Sharon A. Jennings, Assistant Attorney General, Chief Counsel's Staff, 30 East Broad Street, 17th Fl., Columbus, Ohio 43215-3428 and William M. Todd, Squire, Sanders, & Dempsey, LLC, 1300 Huntington Center, 41 South High Street, Columbus, Ohio 43215, on this the 28th day of August, 2003.

_____  
Donald J. McTigue